**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VINCENT TOTH,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: 2:20-cv-01327-NBF |
| : | |
| **PORTFOLIO RECOVERY** : | |
| **ASSOCIATES, LLC,** : | |
| : | |
| **Defendant.** : | |
| : | |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

AND NOW, comes Plaintiff, Vincent Toth, by and through the undersigned counsel, The Law Firm of Fenters Ward and, specifically Joshua P. Ward, Esquire and files the within Notice of Acceptance of Offer of Judgment as marked as Exhibit A, which is made part hereof and incorporated herein by reference as though it was fully set-forth at length.

Respectfully submitted,

**THE LAW FIRM OF FENTERS WARD**

Date: December 18, 2020        By: */s/ Joshua P. Ward, Esq.*
　　　　　　　　　　　　　　　　Joshua P. Ward (Pa. I.D. No. 320347)
　　　　　　　　　　　　　　　　Kyle H. Steenland (Pa. I.D. No. 327786)

　　　　　　　　　　　　　　　　The Law Firm of Fenters Ward
　　　　　　　　　　　　　　　　The Rubicon Building
　　　　　　　　　　　　　　　　201 South Highland Avenue
　　　　　　　　　　　　　　　　Suite 201
　　　　　　　　　　　　　　　　Pittsburgh, PA 15206

　　　　　　　　　　　　　　　　Counsel for Plaintiff